**Dated: October 10, 2018**
**The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:   Ukida Jeffery,<br>            Debtor | Case No. 18-26419-PJD<br>Chapter 13 |

ORDER GRANTING DEBTOR'S MOTION TO REINSTATE BANKRUPTCY CASE

This matter was set based upon the Debtor's Motion to Reinstate this Chapter 13 Case. After notice and opportunity to be heard, there being no objection, the Court finds the motion to be proper and the Chapter 13 case shall be reinstated and if necessary the 11 U.S.C. 341 First Meeting of Creditors and confirmation hearing date shall be reset by the Court Clerk.

Approved:

/s/ B. David Sweeney
P.O. Box 341698
Bartlett TN  38184
(901) 386-3662
BPR 12821


/s/ George W. Stevenson
Chapter 13 Trustee

## CERTIFICATE OF MAILING

cc Debtor
cc Debtor's Attorney
cc Case Trustee
cc All entries on Matrix